## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Criminal No.** |
| | : | |
| **v.** | : | |
| | : | |
| **JASON A. RAZO,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 1001** |
| **Defendant.** | : | **(Making a False Statement)** |

### INFORMATION

The United States Attorney charges:

### COUNT ONE
(Making a False Statement)

1. At all times material to this Information, defendant **JASON A. RAZO ("RAZO")** was employed by Keypoint Government Solutions ("Keypoint") as an investigator under contract to conduct background investigations on behalf of the United States Office of Personnel Management ("OPM"), an agency within the executive branch of the federal government and headquartered in Washington, D.C.

2. On or about April 15, 2011, in the District of Columbia and elsewhere, defendant **RAZO,** in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a Report of Investigation of a background investigation of

P.G., defendant **RAZO** represented that he had interviewed P.G.'s supervisor, M.C., when, in truth and in fact, defendant **RAZO** had not interviewed M.C., who was actually not P.G.'s supervisor.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

CHANNING D. PHILLIPS
United States Attorney for the
District of Columbia

By:

ELLEN CHUBIN EPSTEIN
D.C. Bar # 442861
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W., 5th Floor
Washington, DC 20530
(202) 252-1773
Ellen.Chubin@usdoj.gov